FILE COPY

RE: Case No. 25-0515                    DATE: 8/1/2025
COA #: 15-24-00038-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


HEATHER  COUCHMAN

* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0515                        DATE: 8/1/2025
COA #: 15-24-00038-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

JARRETT  WOODWARD
7520 POTRANCO RD.
APT. 2616
SAN ANTONIO, TX  78251
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0515      DATE: 8/1/2025
  COA #: 15-24-00038-CV   TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

  Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

       DISTRICT CLERK  TRAVIS COUNTY
       TRAVIS COUNTY COURT
       P. O. BOX 679003
       AUSTIN, TX  78767
       * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0515               DATE: 8/1/2025
COA #: 15-24-00038-CV      TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0515                    DATE: 8/1/2025
COA #: 15-24-00038-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.


MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
PO BOX 12548 CAPITOL STATION
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *